LATONYA SONYA HORTON
1439 WOODFIELD DR
JACKSON, MS 39211

FORTIVA
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

MR. COOPER
ATTN: BANKRUPTCY
P.O. BOX 619098
DALLAS, TX 75261

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GUIDE FUNDING
PO BOX 2503
KAHNAWAKE, QUEBEC
J0L 1B0

PERSONIFY FINANCIAL
ATTN: BANKRUPTCY DEPT
PO BOX 208417
DALLAS, TX 92150

AFFIRM
443 IRVING DR
BURBANK, CA 91504

JACKSON AREA FCU
ATTN: BANKRUPTCY
5675 HIGHWAY 18 W
JACKSON, MS 39209

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

CAPITAL BANK N.A.
2275 RESEARCH BLVD.
STE 600
ROCKVILLE, MD 20850

JACKSON AREA FCU
ATTN: BANKRUPTCY
5675 HIGHWAY 18 WES
JACKSON, MS 39209

SELF FINANCIAL
PO BOX 11
SOUTHLAKE, TX 76092

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET STREET
SUITE 200
SAN FRANCISCO, CA 94105

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

CONN'S HOMEPLUS
ATTN: BANKRUPTCY
2445 TECHNOLOGY FOREST
BOULEVARD BUILDING
THE WOODLANDS, TX 77381

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

CONTINENTAL FINANCE
ATTN: BANKRUPTCY
4550 NEW LINDEN
HILL RD
WILMINGTON, DE 19808

MOBILOANS, LLC
ATTN: BANKRUPTCY
PO BOX 1409
MARKSVILLE, LA 71351

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005