Certificate Number: 14424-MSS-DE-041049728

Bankruptcy Case Number: 26-01439



14424-MSS-DE-041049728

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2026, at 9:29 o'clock PM EDT, Latonya S Horton completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:    June 2, 2026                          By:      /s/Mabelyn  Ramirez

Name:  Mabelyn  Ramirez

Title:   Instructor