**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                          **CHAPTER 13:**

**LATONYA SONYA HORTON**                          **CASE NO. 26-01439-JAW**

**<u>TRUSTEE'S MOTION TO DISMISS</u>**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Motion to Dismiss and in support thereof, would show unto the Court the following:

1. The Debtor(s) filed the petition for bankruptcy on May 22, 2026.

2. The Debtor(s) failed to make the first plan payment within 30 days pursuant to 11 U.S. Code § 1326(a)(1).

3. The plan payments are delinquent in the amount of $4,289.00 through July 2026.

4. The Debtor should be required to remit payment to cure the plan payment delinquency with the Trustee prior to any hearing on this Motion or this case should be dismissed.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Motion be received and filed at the hearing hereon an Order Dismissing the case be entered; and for any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: July 10, 2026

Respectfully submitted,

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Motion to the following, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney(s) for Debtor(s):**

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com

**Debtor(s):**

Latonya Sonya Horton
1439 Woodfield Drive
Jackson, MS 39211

DATED: July 10, 2026

/s/ *Semoune Ellis*
Semoune Ellis