**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                CHAPTER 13:

LATONYA SONYA HORTON                              CASE NO. 26-01439-JAW

**ORDER GRANTING**
**TRUSTEE'S MOTION TO DISMISS**

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss (Docket #17). Thus, having considered the matter and finding no timely response filed, the Court orders that the Trustee's Motion to Dismiss should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby granted and this case is dismissed.

**##END OF ORDER##**

SUBMITTED BY:

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com