

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 14, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                CHAPTER 13:

LATONYA SONYA HORTON                              CASE NO. 26-01439-JAW

### ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss Debtor (Docket #17). Thus, having fully considered the matter, is advised that the Trustee requests to withdraw the Trustee's Motion to Dismiss.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby withdrawn as the Debtor's employer commenced remitting plan payments as of July 2026.

**##END OF ORDER##**

SUBMITTED BY:

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, Mississippi 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com