United States Bankruptcy Court

Southern District of Mississippi

In re:

Latonya Sonya Horton

    Debtor

Case No. 26-01439-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: n031 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latonya Sonya Horton, 1439 Woodfield Dr, Jackson, MS 39211-2030 |
| 5676495 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5676503 | | Guide Funding, PO Box 2503, Kahnawake, Quebec, J0L 1B0 |
| 5676516 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5676500 | | Email/Text: cfcbackoffice@contfinco.com | Jul 15 2026 19:59:00 | Continental Finance, Attn: Bankruptcy, 4550 New Linden, Hill Rd, Wilmington, DE 19808 |
| 5683326 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2026 20:03:55 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5676496 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2026 20:03:58 | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 5676497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 20:03:55 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5676498 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 15 2026 20:00:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5676499 | + | Email/Text: bankruptcynotices@conns.com | Jul 15 2026 19:59:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, Boulevard Building, The Woodlands, TX 77381-5205 |
| 5676501 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2026 20:04:01 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5676502 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 15 2026 19:59:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5681570 | + | Email/Text: jfields@jacksonareafcu.com | Jul 15 2026 20:00:00 | JACKSON AREA FEDERAL CREDIT UNION, P.O. BOX 1403, JACKSON, MS 39215-1403 |
| 5676504 | | Email/Text: jfields@jacksonareafcu.com | Jul 15 2026 20:00:00 | Jackson Area FCU, Attn: Bankruptcy, 5675 Highway 18 W, Jackson, MS 39209 |
| 5686768 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2026 19:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5676505 | | Email/Text: jfields@jacksonareafcu.com | Jul 15 2026 20:00:00 | Jackson Area FCU, Attn: Bankruptcy, 5675 Highway 18 Wes, Jackson, MS 39209 |
| 5676506 | | Email/Text: customerservice.us@klarna.com | Jul 15 2026 19:59:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5680777 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 20:03:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5676507 | + | Email/Text: Documentfiling@lciinc.com | Jul 15 2026 19:59:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |

District/off: 0538-3

User: mssbad

Page 2 of 3

Date Rcvd: Jul 15, 2026

Form ID: n031

Total Noticed: 33

| 5676508 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Jul 15 2026 19:59:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5676509 | | Email/Text: bankruptcy@mobiloans.com | | |
| | | | Jul 15 2026 19:59:00 | Mobiloans, LLC, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 5676510 | | Email/Text: EBN@Mohela.com | | |
| | | | Jul 15 2026 19:59:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5676511 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 15 2026 19:59:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 5696659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 15 2026 20:04:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5676512 | + | Email/Text: Contact@PersonifyFinancial.com | | |
| | | | Jul 15 2026 20:00:00 | Personify Financial, Attn: Bankruptcy Dept, Po Box 208417, Dallas, TX 75320-8417 |
| 5676513 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Jul 15 2026 20:00:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5682045 | + | Email/Text: ecfbnc@aldridgepite.com | | |
| | | | Jul 15 2026 19:59:00 | Rocket Mortgage, LLC, Jordan A. Greer, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5679598 | + | Email/Text: bkinfo@ccfi.com | | |
| | | | Jul 15 2026 19:59:00 | SCIL, INC, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 5676514 | | Email/Text: bankruptcy@self.inc | | |
| | | | Jul 15 2026 19:59:00 | Self Financial, Po Box 11, Southlake, TX 76092 |
| 5676515 | + | Email/Text: bkinfo@ccfi.com | | |
| | | | Jul 15 2026 19:59:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5676517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 15 2026 20:03:57 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5676518 | | Email/Text: bankruptcycourt@towerloan.com | | |
| | | | Jul 15 2026 19:59:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5683904 | + | Email/Text: bankruptcycourt@towerloan.com | | |
| | | | Jul 15 2026 19:59:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Rocket Mortgage, LLC, Jordan A. Greer, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026

Signature:     /s/Gustava Winters

District/off: 0538-3            User: mssbad            Page 3 of 3

Date Rcvd: Jul 15, 2026            Form ID: n031            Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Semoune L Ellis | |
| | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Latonya Sonya Horton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |
| | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | |
| | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01439−JAW
**Chapter:** 13

**In re:**

Latonya Sonya Horton
aka Latonya Sonya McGruder, aka Latonya
Horton
1439 Woodfield Dr
Jackson, MS 39211

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 15, 2026 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 15, 2026

Danny L. Miller, Clerk of Court