**Fill in this information to identify the case:**

Debtor 1 Latonya Sonya Horton

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number 26-01439-JAW

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: ******3100

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 7/31/2026 | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Prep and/or analysis of Official 410A form | 7/31/2026 | (11) | $ 50.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Latonya Sonya Horton
First Name Middle Name Last Name

Case number (*if known*) 26-01439-JAW

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Bryan S. Fairman
Signature

Date 10 / 7 / 2026

Print: Bryan S. Fairman
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Aldridge Pite, LLP

Address 3333 Camino del Rio South, Suite 225
Number Street

San Diego CA 92108
City State ZIP Code

Contact phone ( 858 ) 750 – 7600

Email bfairman@aldridgepite.com

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI (JACKSON-3 DIVISIONAL OFFICE)**

| | |
|---|---|
| In re<br><br>LATONYA SONYA HORTON AKA LATONYA SONYA MCGRUDER AKA LATONYA HORTON,<br><br>Debtor(s). | Case No. 26-01439-JAW<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Shannon Ruth, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108. I am over the age of eighteen years and not a party to this cause.

On October 13, 2026, I caused the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/*Shannon Ruth*
SHANNON RUTH

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Latonya Sonya Horton
1439 Woodfield Dr
Jackson, MS 39211

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Thomas Carl Rollins, Jr

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Torri Parker Martin

**CHAPTER 13 TRUSTEE'S ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Semoune L Ellis

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee